# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ARTHUR LEE MACK,                     :

    Plaintiff,                   :
vs.                                              CA 04-0813-BH-C
                                     :
JO ANNE B. BARNHART,
Commissioner of Social Security,     :

    Defendant.


## ORDER

    After due and proper consideration of all portions of  this file deemed relevant to

the issues raised, and a *de novo* determination of those portions of the recommendation to

which objection is made, the recommendation of the Magistrate Judge made under 28

U.S.C. § 636(b)(l)(B) and dated August 12, 2005, is **ADOPTED** as the opinion of this

Court.

    **DONE** this 28th day of November, 2005.


                                             s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE