IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ARTHUR LEE MACK,            :

    Plaintiff,            :
vs.                                                  CA 04-0813-BH-C
                                      :
JO ANNE B. BARNHART,
Commissioner of Social Security,   :

    Defendant.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this 28th day of November, 2005.

                                                      s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE